UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WAYNE DUFAULT,                                  No   C-06-7126 - VRW

     Plaintiff,
                                                ORDER OF RECUSAL
     v

ALLIS-CHALMERS CORP, et al,

     Defendants,
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

     I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

     All pending dates of motions, case management conferences and trial are hereby vacated and will be reset by the newly assigned judge. The court will transfer to the newly assigned judge all relevant materials that the court possesses pertaining to this case.

     IT IS SO ORDERED.

                                     VAUGHN R WALKER

                                     United States District Chief Judge