1  James P. Cunningham, No. 121406
   Evan C. Nelson, No. 172957
2  **CARROLL, BURDICK & McDONOUGH** LLP
   Attorneys at Law
3  44 Montgomery Street, Suite 400
   San Francisco, CA 94104
4  Telephone:   415.989.5900
   Facsimile:   415.989.0932
5  Email:       jcunningham@cbmlaw.com
                enelson@cbmlaw.com
6
   Attorneys for Defendant
7  WARREN PUMPS, LLC

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | WAYNE DUFAULT,                          | CIVIL ACTION NO. C-06-7126 VRW
12 |         Plaintiff,                      | STIPULATION AND [PROPOSED]
                                              ORDER REMANDING CASE TO SUPERIOR
13 |    v.                                   | COURT OF CALIFORNIA COUNTY OF SAN
                                              FRANCISCO
14 | ALLIS-CHALMERS CORPORATION
     PRODUCT LIABILITY TRUST, et al.,
15
   |         Defendants.                    |
16

17    WHEREAS:
Case 3:06-cv-07126-JSW    Document 9    Filed 12/04/2006    Page 1 of 2
18    (1) This asbestos personal injury case was originally filed in Superior Court of
19 California, County of San Francisco (the "State Court"), Case No. CGC-06-456493 (the
20 "State Action"), in which the plaintiff alleges various claims against Defendant Warren
21 Pumps, LLC, among others.
22    (2) Defendant Warren Pumps, LLC filed its Notice of Removal of the State
23 Action on November 16, 2006 on "federal officer" grounds pursuant to 28 U.S.C. Section
24 1442(a)(1).
25    (3) Plaintiff and Warren Pumps, LLC have agreed to and do hereby stipulate
26 that remand to the State court is appropriate at this time.
27 \\\
28 \\\

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-SF\SF335406.1                    -1-

STIPULATED REMAND ORDER

1   Accordingly, the Plaintiff and Warren Pumps, LLC petition this court for an
2   order lifting the stay of this action, and remanding the State Action to the State Court,
3   pursuant to this Stipulation.

Dated: November 30, 2006            CARROLL, BURDICK & McDONOUGH LLP

By _____
Evan C. Nelson
Attorneys for Defendant
WARREN PUMPS, LLC

Dated: November 30, 2006            BRAYTON & PURCELL LLP

By _____
Mary E. Pougiales
Attorneys for Plaintiffs

**ORDER:**

Case 3:06-cv-07126-JSW   Document 9   Filed 12/04/2006   Page 2 of 2

IT IS SO ORDERED.

DATED: December 6, 2006

_____
JUDGE OF THE DISTRICT COURT

CBM-SFSF335406.1                    -2-

STIPULATED REMAND ORDER

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO